IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                         No. 03-MJ-08083-01-JPO

JAVIER M. VAZQUEZ,
    a.k.a. Javier Rangel Vazquez,
    a.k.a. Rangel Javier Vazquez,

    Defendant.

## O R D E R

This matter comes before the court on the motion (doc. 2) of the United States to dismiss the complaint as to the above-named defendant, without prejudice, and the court, for good cause shown, finds the motion should be sustained.

IT IS THEREFORE ORDERED that the complaint described herein is dismissed as to the above-named defendant, without prejudice.

Dated this 3rd day of May, 2012, at Kansas City, Kansas.

                                           /s/ James P. O'Hara
                                          JAMES P. O'HARA
                                          UNITED STATES MAGISTRATE JUDGE